# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NANYA RASHIYD ZODOQ EL, SUI JURIS INJURED PARTY,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA, COURTS OF COMMON PLEAS PHILADELPHIA COUNTY, HON. TRACY BRANDEIS-ROMAN

        Defendant

DEPARTMENT OF CORRECTIONS S.C.I. ALBION PENNSYLVANIA, MICHAEL CLARK SUPERINTENDENT,

        Respondents

: No. 107 EM 2017

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Writ of Extraordinary Relief is DENIED, and the Prothonotary is DIRECTED to strike the name of the jurist from the caption.